**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Duarte, | No. CV-06-1613-PHX-DGC (LOA) |
| Petitioner, | **ORDER** |
| v. | |
| Warden Lane Blair; and the Attorney General of the State of Arizona, | |
| Respondents. | |

Pending before the Court are Petitioner Jesus Duarte's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and United States Magistrate Judge Lawrence Anderson's report and recommendation ("R&R") filed on February 22, 2007. Dkt. ##1, 20. The R&R recommends that the Court deny the petition as untimely. Dkt. #20 at 10. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 11 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)).

The parties have not filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de

novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny the petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Lawrence Anderson's report and recommendation (Dkt. #20) is **accepted**.

2. Petitioner Jesus Duarte's petition for writ of habeas corpus (Dkt. #1) is **denied**.

3. The Clerk shall **terminate** this action.

DATED this 2nd day of April, 2007.

*[signature: Daniel G. Campbell]*

David G. Campbell
United States District Judge